# IN THE SUPREME COURT OF THE STATE OF NEVADA

BENJAMIN BLACKSMITH,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71174

**FILED**

OCT 2 0 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc:    Hon. Stefany Miley, District Judge
       Benjamin Blacksmith
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk